No. 65957.—Hercules Division, American Machine and Foundry Co. et al. *v.* United States, protests 60/31376, etc.   (Seattle).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 65958.—Gallagher & Ascher Co. *v.* United States, protest 60/22113–11357 (Chicago).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of log fires similar in all material respects to those the subject of *United States* v. *S. P. Skinner Co., Inc.* (46 C.C.P.A. 105, C.A.D. 708), the claim of the plaintiff was sustained.

No. 65959.—Surface Freight Corporation *v.* United States, protests 60/17572 and 60/8040 (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of wire rods similar in all material respects to those the subject of *Scoville Manufacturing Co., A. Schrader's Son Division* v. *United States* (43 Cust. Ct. 259, C.D. 2138), the claim of the plaintiff was sustained.